UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-00969 |
| | § | |
| $22,971.00 IN U.S. CURRENCY | § | |
| Defendant | § | |

**NOTICE OF FILING CERTIFICATE OF NOTIFICATION TO**
**FELIX SANTIAGO EYZAGUIRRE GORVENIA**

The United States of America files proof of notice to Felix Santiago Eyzaguirre Gorvenia of this forfeiture action. (Exhibit 1)[1]

                                                        Respectfully submitted,

                                                        José Angel Moreno
                                                        United States Attorney

                    By:   /s/ Albert Ratliff
                            Albert Ratliff
                            Assistant United States Attorney
                            Attorney-in-Charge
                            NY Bar No. 1073907
                            SDTX Bar No. 6764
                            United States Attorney's Office
                            P. O. Box 61129
                            Houston, Texas  77208
                            Office (713) 567-9579
                            Fax (713) 718-3300

---

[1] All attached exhibits are incorporated in this notice.