IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,          §
                                   §
        Plaintiff                  §
                                   §
v.                                 §      CIVIL ACTION NO. 4:10-cv-00969
                                   §
$22,971.00 IN U.S. CURRENCY,       §
                                   §
        Defendant                  §

## FELIX EYZAGUIRRE'S CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Felix Eyzaguirre ("Eyzaguirre") to file Felix Eyzaguirre's Claim, showing the following:

Paragraph two of Plaintiff's Verified Complaint for Forfeiture in Rem states that "approximately $22,971.00 . . . was seized . . . from . . . Felix Eyzaguirre . . . ." Eyzaguirre owns this money and claims this money.  Eyzaguirre is the claimant filing this Claim.  Eyzaguirre contests the action for forfeiture of this money.

Respectfully submitted,

COANE & ASSOCIATES

/s/ Ajay Choudhary
Ajay Choudhary
SBOT #90001623, S.D. Tex #21837
Bruce A. Coane
SBOT #04423600, S.D. Tex. #7205
1900 West Loop South
Suite 820
Houston, Texas 77027
713-850-0066
713-850-8528 (FAX)

ATTORNEYS FOR
FELIX EYZAGUIRRE

## CERTIFICATE OF SERVICE

I hereby certify that a true, complete, and correct copy of Felix Eyzaguirre's Claim was served via the Electronic Case Filing System on April 27, 2010 to the following:

Albert Ratliff
Assistant United States Attorney
P.O. Box 61129
Houston, Texas 77208

/s/ Ajay Choudhary
Ajay Choudhary